NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MEETRIX IP, LLC,**
*Appellant*

v.

**ZOHO CORP., ZOHO CORP. PVT., LTD.,**
*Appellees*

2024-2342, 2024-2343, 2024-2344

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00377, IPR2023-00378, IPR2023-00382.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the three appeals.  The revised official caption is reflected in this Order.  The Certified Lists are

due no later than October 30, 2024.

                                  FOR THE COURT

October 9, 2024                            Jarrett B. Perlow
    Date                                    Clerk of Court